**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 07-04133MP-001-PCT-MEA |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| EVANGELINE LUNA, ) | |
| Defendant. ) | |

The defendant appeared in court and admitted to violating allegation TWO as contained in the Petition to Revoke Probation. Based upon that admission, the court finds the defendant has violated the conditions of her probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions. In addition, the following condition is imposed:

1. The defendant's probationary period shall be extended three (3) years from the date of sentencing (6/18/08).

IT IS FURTHER ORDERED that allegation ONE of the Petition to Revoke is dismissed.

DATED this 19th day of June, 2008.

_____
Mark E. Aspey
United States Magistrate Judge